IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

Criminal Action No. 14-mj-07006-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHELLE R. PAUP,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the trial counsel for the parties shall retain custody of their respective exhibits and/or depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 25th day of February, 2015.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge

_____ 2/25/15
Attorney for Government

_____ 2/25/15 5:22pm
Attorney for Defense